FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

OCT 2 2 2019
KHS

MITCHELL R. ELFERS
CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence of Charles Warner
1512 Golf Course Rd SE, Rio Rancho, NM 87124

Case No. 19MR 1281

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein by reference.

located in the _____ District of ___New Mexico___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Manufacturing Firearms without a License |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

ATF Special Agent Earl A. Wozniak
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-22-19

*Judge's signature*

City and state: Albuquerque, New Mexico

Kirtan Khalsa, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF EARL A WOZNIAK

I, Earl A. Wozniak, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being first duly sworn, depose and say:

## AFFIANT BACKGROUND

I am a Special Agent (SA) with the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) and have been so employed since September 1, 2013, and am currently assigned to the Albuquerque, New Mexico Field Office.

I am a graduate of the Federal Law Enforcement Training Center, where I completed ATF Special Agent Basic Training and the Criminal Investigator Training Program. Prior to my employment with ATF, I was a Police Officer with the Dallas Police Department, Dallas, TX, for three years. I am a graduate of Marquette University where I received a Bachelor of Science in Accounting in 2010. I have received training in the recognition, identification and testing of controlled substances as well as in common methods of trafficking in narcotics. I have participated in surveillance and interdiction operations at known drug locations and have made numerous arrests for drug related crimes. I have further received training in firearms trafficking and the diversion of legal firearms for unlawful purposes, participated in the investigation of many crimes of violence, including robberies, assaults, and homicides, and made numerous arrests for firearms and violent offenses. As a result of my training and experience, I have an understanding of the manner in which narcotics are distributed and various roles played by individuals or groups involved in the distribution, along with the unlawful use of firearms during crimes of violence and/or drug trafficking and firearms trafficking.

AFFIDAVIT OF EARL A. WOZNIAK - 1
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

# INTRODUCTION AND PURPOSE OF AFFIDAVIT

I submit this affidavit is support of a search warrant to search the following places for evidence of Manufacturing Firearms without a License in violation of Title 18 United States Code, Section 922(a)(1)(A):

1512 Golf Course Rd SE, Rio Rancho, NM 87124: The residence of Charles Warner, further described as a single story stucco house located on Golf Course Road.

Any vehicles or out buildings on the premises.

I seek authorization to seize the items described in Attachment B and which is incorporated by reference.

I am familiar with the information contained in this Affidavit based upon the investigation that I have conducted, based on my conversations with other law enforcement officers or industry operations investigators who have engaged in various aspects of this investigation, and based upon my review of reports written by other law enforcement officers involved in this investigation. Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are relevant to determination of probable cause to support the issuance of the requested warrant. When the statements of others are set forth in this Affidavit, they are set forth in substance and in part.

# SUMMARY OF PROBABLE CAUSE

### *Identification of Chuck Warner*

AFFIDAVIT OF EARL A. WOZNIAK - 2
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

On September 25, 2019, I received an email from a Federal Firearms Licensee (FFL) operating in Rio Rancho. The tip referred me to Chuck Warner and the Elite Warrior Armament Facebook page. The tip indicated that Warner was manufacturing firearms under the business name "Elite Warrior Armament" Facebook page and the tipster indicated Warner was a convicted felon.[1]

On September 26, 2019, I reviewed the Elite Warrior Armament Facebook page and determined that the phone number listed on the website as well as the home address match the listed phone and home address information available for Charles Warner (YOB 1965). A review of Warner's criminal history indicates that he has at least one qualifying felony conviction. I have a certified record of conviction furnished to ATF regulators during their investigation further described below and received affirmation in October of 2019 that no pardon was ever issued from South Carolina, for a conviction of *Breach of Trust with Fraudulent Intent, Value greater than $1,000* on July 18, 2002. Warner's available criminal history also indicates on September 16, 1996, Warner was convicted of *Breach of Trust with Fraudulent Intent, Value greater than $1,000*. Warner was also arrested and convicted of *Felon in Possession of a Firearm or Destructive Device* in New Mexico in 2012. Warner pled guilty to one of the *Felon in Possession* counts and was

---

[1] While reviewing Elite Warrior Armaments Facebook, I noted disparaging comments about the FFL who provided the tip to ATF. An Industry Operations Investigator familiar with the issue stated there is a long history of bad blood between the two parties, including alleged criminal fraud and unlawful sexual contact with a minor family member respectively. While the tip brought the current issue to ATF's attention, all facts contained herein are independently sourced or corroborated and in no way rely on the reporting party for corroboration.

AFFIDAVIT OF EARL A. WOZNIAK - 3
SEARCH AND SEIZURE WARRANT

sentenced to probation. Upon satisfactory completion of probation, the actual *Felon in Possession* conviction was removed in accordance with the plea agreement.

### *Online Marketing for Manufacturing Firearms*

In reviewing the Elite Warrior Armament Facebook page, I found it contains numerous images of firearms in various stages of manufacture from basic frames to completed firearms. In the past approximately six months, numerous posts suggesting current and ongoing firearms manufacturing, sales, and unlawful possession by Warner were noted. The most recent post regarding such activity was dated September 15, 2019, stated: "So it begins again… there is a build off a foot…again. This time it will be Shay Akai and Chuck Warner building two very radical 5" 9mm single stacks. The design parameters are being established, then it's off to the races!" The post was complemented by an image of two firearms. Additionally, the words Chuck Warner linked to Warner's personal Facebook page. An old photograph on that page of a white male bears a strong resemblance to the driver's license photo of Charles Warner.

Another post on April 24, 2019, announced a build or production run of other firearms with a target completion date of August or September, presumably of 2019, with a phone number of (505) 227-7962 listed, which is the number available databases show belongs to Warner.

AFFIDAVIT OF EARL A. WOZNIAK - 4
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

A post on March 6, 2019, advertised 15 of 50 firearms being produced were still available:



The acceptance of deposits for individuals who are interested in the firearms depicted, along with the frames of several such firearms, set against a backdrop of what appears to be a blueprint reflects the intent to manufacture and distribute the firearms. However, under federal law, a firearm is defined as, among other things, the frame or receiver of a firearm. (See 18 U.S.C. § 921(a)(3)(B)) The picture depicted appears to show numerous firearm frames which could be readily completed to make functioning firearms.

*Historical Investigation by ATF Industry Operations Regulators*

AFFIDAVIT OF EARL A. WOZNIAK - 5
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

I spoke with David Rodriguez, an ATF Industry Operations Investigator (IOI) responsible for FFL licensure, compliance inspections, and background investigations. Rodriguez informed me that based upon his professional experience with Warner in his capacity as an IOI, he has dealt with Mr. Warner on numerous occasions.

Elite Warrior Armaments obtained a license to manufacture and deal firearms in Rio Rancho, NM and opened a store front at 1511 Golf Course Road, Rio Rancho, NM. As a Federal Firearms Licensee, Elite Warrior Armaments is obliged to follow the firearms laws as enacted by Congress and the state of operation, and the regulations set forth by ATF.

As Elite Warrior Armaments was a licensed manufacturer and dealer of firearms, it was correspondingly subject to periodic inspection by Industry Operations Investigators at ATF. Elite Warrior Armaments had several listed responsible parties on its license, none of which was Chuck Warner. However, Warner was deeply involved in the business and was determined to be acting as a silent partner by IOI's. So much so, that eventually Elite Warrior Armaments was cited for numerous violations related to having a felon involved with an FFL and subsequently had their license to manufacture and deal firearms revoked. In that 2016 inspection, it was determined that Mr. Warner was conducting gunsmithing activities and mailing firearms throughout the United States. Mr. Warner was not listed as a Responsible Person on the Elite Warrior Armament FFL because, in Warner's own words, there were issues with his passing a background check.

AFFIDAVIT OF EARL A. WOZNIAK - 6
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

On several previous occasions, beginning on March 31, 2015, Elite Warrior Armament's Responsible Parties were notified in writing that Warner was a convicted felon; this notice was acknowledged in writing. Additionally, on February 12, 2016, after previously being warned and observed to continue handling firearms, Warner was issued a cease and desist letter ordering him to stop any activity on behalf of the FFL related to firearms and to stop handling firearms; this warning was acknowledged by Warner in writing.

By November of 2016, most of the original responsible parties (RP) on the Elite Warrior Armaments FFL had left the business and removed themselves from the license and LLC. One former RP, RP-1, stated they could not get Warner to follow the rules regarding his not possessing or accessing firearms, and further stated they had no control because Warner had access to the shop after hours. They wanted to close the company because Warner was clearly not pursuing a pardon from South Carolina as he stated to his partners he was doing.

An interview conducted with D.B., a new employee of Elite Warrior Armament, in November of 2016 during the inspection by ATF, indicated Warner was still possessing and manipulating firearms. D.B. specifically provided information that Warner worked with firearms, had access to firearms, and frequented a gun range to shoot firearms. D.B. stated Warner had access to every firearm on the premises. Shortly after this conversation, D.B. was chastised for providing too much information and later terminated from employment at Elite Warrior Armaments.

AFFIDAVIT OF EARL A. WOZNIAK - 7
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

Because of the numerous infractions associated with knowingly providing a felon access to firearms, the FFL for Elite Warrior Armament LLC was definitively revoked by ATF on January 26, 2018. However, the entire process clearly underscores the knowing, intentional, and flagrant nature of Warner's continued involvement in the manufacture, and dealing of firearms, despite repeated attempts to prevent him from doing so, numerous warnings from ATF, and indeed even another felony conviction (later vacated for adequate service of probation) for Warner in New Mexico.

The information reflected on Warner's Elite Warrior Armament Facebook page reflects the continuing pattern of manufacturing and dealing firearms by Warner. The recent nature of the posts indicates that this pattern of activity is continuing at present. Accordingly, ATF Special Agents initiated a criminal investigation into the actions of Warner.

### *Undercover Conversations with Chuck Warner*

Special Agent Sam Supnick, operating in an undercover (UC) capacity, initiated a phone conversation with Warner at the number provided at Elite Warrior Armaments on October 7, 2019. All UC contacts were recorded. Warner answered the phone and identified himself as "Chuck." He stated in sum and in substance he had one more "Standard Grade 1911" available in January, but that would be the last Elite Warrior Armament (EWA) firearm. Warner stated he was finishing up EWA firearms and winding down the company; he also stated he was working on personal projects, understood to also refer to firearms in the context of the conversation. Warner referred

AFFIDAVIT OF EARL A. WOZNIAK - 8
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

SA Supnick to look at the two-tone "Elite Classic" 1911 style firearms on his Facebook page, and later texted SA Supnick a picture from his Instagram and Facebook accounts to show him the firearm. SA Supnick said he would look at the firearm and get back to Warner soon.

On October 8, 2019, SA Supnick again spoke with Warner at his listed phone number. Warner provided the following information, in sum and in substance during his call with the UC Agent Supnick. Warner stated he has built 50-60 firearms, some of which are still being sold by local dealers. He also has 'personal project' firearms he and 'Travis' are working on.

Warner told UC Supnick he would not take deposit money at the moment because he couldn't be sure of the firearm production time, but would likely be able to make another Elite Classic two tone 1911 for UC Supnick. Throughout the conversation, Warner provided additional information about his work, which he repeatedly referred to as "my guns." He said he uses a basic chassis (frame) which he purchases from a frame maker because manufacturing frames is not cost effective. The frames of Elite Warrior Armaments firearm's when it was operating under license were imported from Florida and Texas, according to IOI Rodriguez. As the frame or receiver of a firearm is a firearm under federal law, this creates an interstate nexus for federal jurisdiction. According to IOI Shawn Blas, who has also investigated Warner/Elite Warrior Armament, frame manufacturers would be required to either complete a 4473 form and background check on an individual purchaser of a frame, or ship frames to a verified, licensed manufacturer

AFFIDAVIT OF EARL A. WOZNIAK - 9
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

of firearms, which Elite Warrior Armament no longer has. Lastly, IOI Blas stated that ATF gave Elite Warrior Armaments a deadline to dispose of their inventory of firearms upon the revocation of their FFL, but there was no follow up to determine whether this was done, and ATF did not seize any of the frames/firearms to which Warner would have had access. Additionally, pictured models of firearms depict Colt slides and other accessories which may have traveled in or affected interstate commerce.

Warner stated he uses the best of every component in his guns and is going to start a "Bren 10" project, which may or may not be located in New Mexico. Warner stated New Mexico was not very gun friendly. During the conversation, Warner made statements indicating his intention to continue to manufacture and distribute firearms, including phrases such as, "eventually when I am building them [firearms] again…" and "I'm going to build them anyway…" and referenced having several additional 'personal projects.'

On October 17, 2019, Chuck Warner reinitiated contact with ATF and texted SA Supnick's undercover phone stating: "Call me when it's convenient. Good news." SA Supnick returned the call a little while later and Warner answered the phone saying, "it's Chuck." Warner told UC Supnick that he could make a firearm for him in the 'next week or two,' and stated he could use the money this time of year. Warner told UC Supnick that none of the dealers had any of his firearms he could handle as they were all sold out.

Warner requested a small deposit because he was going to bump, 'two things back that I've got going.' He stated that there were just a couple of parts missing that he'd

AFFIDAVIT OF EARL A. WOZNIAK - 10
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

need to get to make the firearm. Warner stated he had two serial numbers (which would be stamped on the frames he has acquired to build the firearms) and that UC Supnick could choose between serial numbers 239 and 240.

Warner and UC Supnick discussed some of the features of the firearm, such as grips, and finish on the frame. Warner stated he does a 'blue over finish' on the firearm. Warner also stated, "this frame is stainless," which also indicates he is in possession of the firearm frame already.

Warner stated the final cost of the firearm is $4500, and that retail for the firearm is $5500 as, "we have stopped building them and the price has gone up. UC Supnick agreed to provide $900 as a deposit. Warner stated UC Supnick would not have to wait for the frames to be ordered stating, "I've got everything." Warner also confirmed he would be manufacturing this firearm, not 'Travis.'

Warner stated he had a future build, understood to mean firearms, that he could push back a little bit and complete the firearm. UC Supnick agreed to meet Warner in person on Monday, October 28, 2019 to provide the cash.

### *Additional Observations at Warner Residence*

Warner did not appear to be at his listed residence – 1512 Golf Course Road – in Rio Rancho while on the phone with UC Supnick. However, ATF SA's Supnick and Du Bois conducted surveillance on the location on October 8, 2019, and observed a tan Chevrolet Suburban bearing New Mexico plate: 958RLM and a black motorcycle bearing New

AFFIDAVIT OF EARL A. WOZNIAK - 11
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

Mexico plate: 8541A. I queried these plates and received a return indicating they were both registered to Chuck Warner at 1512 Golf Course Rd SE, Rio Rancho, NM.

Additionally, Warner is listed as living at this address in available databases, and has been associated with this address for several years. Industry Operations Investigator David Rodriguez was aware that Warner resided (1512 Golf Course Road SE) across the street from Elite Warrior Armaments (1511 Golf Course Road SE), and upon revocation of the Elite Warrior Armament FFL, observed manufacturing equipment from EWA at Warner's residence.

Rodriguez drove past the Warner residence frequently in the course of his duties as an IOI, and provided a statement to me saying: between December of 2017 and August of 2019, Rodriguez drove by the residence of Warner frequently and observed what appeared to be manufacturing equipment outside his residence garage which appeared to be the same or similar equipment observed at Elite Warrior Armaments.

Finally, in September of 2019, Warner was sued by his landlord for non-payment of rent; this suit identified 1512 Golf Course Rd SE, Rio Rancho as Warner's address. This issue was resolved and the case dismissed without prejudice at the request of the plaintiff on October 17, 2019 and served to Charles Warner, still residing at 1512 Golf Course Rd SE, Rio Rancho, NM.

Both SA Supnick and myself have separately observed a large white Conex type box to be on the rear of the property, outside the property's fence, between the fence line and the dirt alleyway. I accessed the Sandoval County Assessor's website, and determined

AFFIDAVIT OF EARL A. WOZNIAK - 12
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

based on available records, that the property parcel for 1512 Golf Course Road SE, number 1012067438516, appears to include the entire property from the street to the alley, inclusive of the white conex shipping box. SA Wolfe, who has previously observed the equipment used to manufacture firearms at Elite Warrior Armaments looked at a photograph of the size and dimensions of this box and noted this box would adequately store all of the equipment Warner and Elite Warrior Armaments had to manufacture firearms.

On October 22, 2019, I observed the same tan Chevy Suburban belonging to Warner parked in front of his residence.

## TRAINING AND EXPERIENCE

Based upon my training and experience, I am aware of the following facts and circumstances surrounding the acquisition, possession, use, and practices of individuals who own firearms, whether legally or illegally:

a. It is common for individuals to possess firearms and ammunition to protect their assets and persons from combative people, criminals, and in the case of those who possess them unlawfully, from law enforcement.

b. Persons who purchase and possess firearms also tend to maintain the firearms and ammunition for lengthy periods of time.

c. Firearms can be acquired both legally and unlawfully, without official/traceable documentation. Persons who acquire firearms from Federal Firearms Licensees,

AFFIDAVIT OF EARL A. WOZNIAK - 13
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

through deliberate fraud and concealment, often will also acquire firearms from private parties and other sources unknown to ATF.

d. Persons who, whether legally or illegally, purchase, possess, sell and/or transfer firearms or ammunition commonly maintain the firearms or ammunition on their person, at their residence or business, in outbuildings or other storage containers on the curtilage of the property such as sheds or detached garages, or in a motor vehicle which they own and/or operate, so as to have easy access to them.

e. Firearms or ammunition are often secreted at other locations within their residential curtilage, and the identification of these firearms will assist in establishing their origin.

f. Persons who purchase, possess, sell and/or trade firearms or ammunition commonly maintain documents and items that are related to the purchase, ownership, possession, sale and/or transfer of firearms, ammunition, and/or firearm parts, including but not limited to driver's licenses, telephone records, telephone bills, address and telephone books, canceled checks, receipts, bank records and other financial documentation on the owner's person, at the owner's residence or business, or in vehicles that they own, use, or have access to.

g. Persons who possess or use firearms often maintain a variety of firearms accessories including but not limited to, holsters, gun cleaning kits, spent shell casings (brass), targets, gun belts, magazines, ammunition boxes, gun boxes, gun

AFFIDAVIT OF EARL A. WOZNIAK - 14
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

locks, chamber flags, firearm cleaner and lubricant, all of which is probative evidence of firearms possession.

h. Persons engaged in the manufacture or distribution of firearms frequently order parts, accessories, kits, tools, and equipment related to the manufacture of firearms; such items are frequently kept at the location from which the manufacturing operation or distribution business is being conducted for the convenience of the manufacturer.

i. Additionally, persons manufacturing firearms requiring the repetitive ordering of firearms frames, parts, accessories, tools, machinery or other necessary items, frequently maintain invoices, receipts, logs, contact lists, business records, financial statements, business accounting records, bank statements, cancelled checks, tax records, other financial documents, and customer lists, contact information, accounts receivable and other documentation frequently associated with the operation of a business.

## CONCLUSION

Based upon the foregoing facts and circumstances, I submit there is probable cause to believe that Warner currently occupies 1512 Golf Course Road and that Warner is manufacturing and and engaging in the business of dealing firearms contrary to the provisions of Title 18, United States Code, Section 922(a)(1)(A). I submit there is probable cause to search the residence and vehicles of Chuck Warner as described in

AFFIDAVIT OF EARL A. WOZNIAK - 15
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

Attachment A for the fruits and instrumentalities of unlawful firearms possession and manufacturing, as described in Attachment B.

Respectfully submitted,

_____
Earl A. Wozniak
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on 22 day of October, 2019.

_____
United States Magistrate Judge

AFFIDAVIT OF EARL A. WOZNIAK - 16
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

# Attachment A

Location to be Searched:

1. The residence of Charles V. "Chuck" Warner, located at 1512 Golf Course Rd SE, Rio Rancho, NM, further described as a brown stucco one story single family residence with a two car garage and is depicted below:



2. Any Vehicles located on the curtilage.

3. A Conex box observed by SA Supnick in the backyard

4. Any outbuildings discovered on the curtilage of the property.

AFFIDAVIT OF EARL A. WOZNIAK - 17
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

## Attachment B

The items to be seized are the following items or materials that may contain evidence of the commission of, the fruits of, or property which has been used as the means of committing federal criminal violations of Title 18, United States Code, Section 922(a)(1)(A):

1. Firearms or the frame or receiver of any firearm;

2. Firearm parts, components, or accessories;

3. Indicia of ownership or use of any of the places searched;

4. 4473 firearm sale transaction records;

5. Receipts and Financial Records: Financial records that show activity related to firearms acquisition, possession, manufacture, or sale, including bank records, money transfer records, credit card records, bills, receipts, and similar items;

6. Business Records: Records indicating profit and loss, invoices due, accounts receivable, customer lists or contact information, correspondence with customers, order forms, other business records usually kept in the course of an ongoing business concern;

7. Electronic devices capable of containing the aforementioned information, which would be subject to separate, additional search warrants should probable cause exist;

AFFIDAVIT OF EARL A. WOZNIAK - 18
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

8. Machinery used in the manufacture or assembly of a firearm;

9. Tools used in the manufacture or assembly of a firearm and/or tools used in the gunsmithing of existing firearms;

10. Photographs: Photographs, video tapes, digital cameras, and similar items depicting the property occupants, firearms, and their accessories.

AFFIDAVIT OF EARL A. WOZNIAK - 19
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102