AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

19 OCT 29 AM 8:41

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No. 19 mr 1281 |
| Residence of Charles Warner 1512 Golf Course Road SE, Rio Rancho, NM 87124 | ) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A attached hereto

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   See Attachment B attached hereto

**YOU ARE COMMANDED** to execute this warrant on or before _____ November 4, 2019 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Kirtan Khalsa, United States Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 10-22-19 3:36 p.m.          _____
                                                    Judge's signature

City and state:   Albuquerque, New Mexico          Kirtan Khalsa, United States Magistrate Judge
                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 785010-19-0245 | Date and time warrant executed: 10/25/19 @ 120 | Copy of warrant and inventory left with: IN residence |
| Inventory made in the presence of: S/A Chuck DuBois | | |

Inventory of the property taken and name of any person(s) seized:

- Frames / Receivers
  - Unfinished, serialized receivers } Approx 100 firearms.
- Firearms
- Assorted ammunition (plain view contraband)
- FFL Related paperwork
- Assorted firearms parts indicative of manufacturing
- Computer labeled Elite Warrior Armaments
- Business Records
- Elite Warrior Armaments indicia
- $900 in ATF funds accepted by Warner to manufacture another firearm.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/29/19

_____
Executing officer's signature

Austin Wozniak, Special Agent - ATF
Printed name and title

## Attachment A

Location to be Searched:

1. The residence of Charles V. "Chuck" Warner, located at 1512 Golf Course Rd SE, Rio Rancho, NM, further described as a brown stucco one story single family residence with a two car garage and is depicted below:



2. Any Vehicles located on the curtilage.

3. A Conex box observed by SA Supnick in the backyard

4. Any outbuildings discovered on the curtilage of the property.

AFFIDAVIT OF EARL A. WOZNIAK - 17
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

## Attachment B

The items to be seized are the following items or materials that may contain evidence of the commission of, the fruits of, or property which has been used as the means of committing federal criminal violations of Title 18, United States Code, Section 922(a)(1)(A):

1. Firearms or the frame or receiver of any firearm;

2. Firearm parts, components, or accessories;

3. Indicia of ownership or use of any of the places searched;

4. 4473 firearm sale transaction records;

5. Receipts and Financial Records: Financial records that show activity related to firearms acquisition, possession, manufacture, or sale, including bank records, money transfer records, credit card records, bills, receipts, and similar items;

6. Business Records: Records indicating profit and loss, invoices due, accounts receivable, customer lists or contact information, correspondence with customers, order forms, other business records usually kept in the course of an ongoing business concern;

7. Electronic devices capable of containing the aforementioned information, which would be subject to separate, additional search warrants should probable cause exist;

AFFIDAVIT OF EARL A. WOZNIAK - 18
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102

8. Machinery used in the manufacture or assembly of a firearm;

9. Tools used in the manufacture or assembly of a firearm and/or tools used in the gunsmithing of existing firearms;

10. Photographs: Photographs, video tapes, digital cameras, and similar items depicting the property occupants, firearms, and their accessories.

AFFIDAVIT OF EARL A. WOZNIAK - 19
SEARCH AND SEIZURE WARRANT

UNITED STATES ATTORNEY
201 THIRD STREET NW
SUITE 900
ALBUQUERQUE, NM 87102