FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 8 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> RESIDENCE OF CHARLES WARNER ) <br> 1512 GOLF COURSE RD. SE, ) <br> RIO RANCHO, NM 87124 ) | Case No. 19-MR-1281 |

## MOTION TO UNSEAL CASE

The United States hereby moves the Court for an order unsealing the case and all documents, including the search warrant and attachments, as well as the application and the affidavit thereto. The law enforcement need to maintain the documents under seal has lapsed. Because of the nature of relief sought herein, the position of defense counsel has not been sought.

WHEREFORE, the United States respectfully moves the Court for an order unsealing the case and all documents, including the search warrant and attachments, the application, and affidavit in support of the warrant.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Filed Electronically 4/28/20*
DAVID M. WALSH
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274